**Order entered March 9, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01248-CV

**CITY OF TERRELL, TEXAS, AND MIKE SIMS, INTERIM CITY MANAGER OF THE CITY OF TERRELL, IN HIS OFFICIAL CAPACITY, Appellants**

**V.**

**FREDERICK GEORGE EDMONDS, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 103352-CC2**

### ORDER

Due to a scheduling conflict, this case and Cause No. 05-19-1382-CV are now set for oral argument on **THURSDAY APRIL 9, 2020 at 10:00 a.m.** in the courtroom located on the second floor of the George Allen Courthouse.

/s/    DAVID J. SCHENCK
       PRESIDING JUSTICE